**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA**

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| Ian Patrick Stewart, | ) | Case No. 1:25-cr-126 |
| | ) | |
| Defendant. | ) | |

On September 8, 2025, the court issued an order conditionally releasing Defendant to a Mental Health Residential Rehabilitation Treatment Program at the Veteran's Administration ("VA") Hospital in St. Cloud, Minnesota. (Doc. No. 44). On November 6, 2025, the court issued an order amending Defendant's release conditions to permit him to travel to and reside in VA transitional housing in Sturgis, South Dakota, while he participated in the VA Compensated Work Therapy Transitional Residence Program. (Doc. No. 54).

On June 15, 2026, Defendant filed a Motion to Modify Order Setting Conditions of Release. (Doc. No. 69). Therein he requested that the court modify his release conditions to permit him to transition back to his private residence in North Dakota. On June 16, 2026, the court issued an order granting Defendant's motion and authorized him to transition from VA transition housing in Sturgis, South Dakota, to an address approved by the supervising Pretrial Services Officer on June 22, 2026. (Doc. No. 70).

On June 22, 2026, Defendant filed a Motion to Amend Order Setting Conditions of Release. (Doc. No. 71). He advises that he was unable to travel from Sturgis to his private residence on June 22, 2026, due to car trouble. He requests that the court amend its order of June 16, 2026, to authorize him to transition to his private residence on July 2, 2026.

1

The court **GRANTS** Defendant's motion (Doc. No. 71). Defendant is authorized to move from VA transition housing in Sturgis to an address approved by the supervising Pretrial Services Officer on July 2, 2026.  Defendant shall not change this residence without the prior approval of the Pretrial Services Officer. Defendant's travel shall be restricted to North Dakota, except upon prior approval from his supervising Pretrial Services Officer.  Defendant must participate in the following location restriction program and comply with its requirements as directed by the Pretrial Services Officer:

Home Detention: Defendant is restricted to his residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities approved in advance by the Pretrial Services Officer.

Defendant must submit to the following location monitoring technology and comply with its requirements as directed: Location monitoring technology as directed by the Pretrial Services Officer. On July 2, 2026, Defendant shall directly report to the Pretrial Services Office in Bismarck so that Services Office for location monitoring hook up.

**IT IS SO ORDERED.**

Dated this 23rd day of June, 2026.

*/s/ Clare R. Hochhalter*
Clare R. Hochhalter, Magistrate Judge
United States District Court